ACCEPTED
04-15-00341-cv
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
8/10/2015 11:46:13 AM
KEITH HOTTLE
CLERK

# Robert W. Clore

### ATTORNEY AT LAW, APPEALS & LITIGATION SUPPORT

15481 SOUTH PADRE ISLAND DRIVE, SUITE 101
CORPUS CHRISTI, TEXAS 78418
TEL: (361) 558-3527
FAX: (361) 949-0908
rclore@robclorelaw.com
www.robclorelaw.com

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS

08/10/2015 11:46:13 AM

KEITH E. HOTTLE
Clerk

August 10, 2015

Mr. Keith E. Hottle, Clerk of the Fourth Court of Appeals
Cardena-Reeves Justice Center
300 Dolorosa, Suite 3200
San Antonio, Texas 78205-3037

> **Re:** ***Bexar County Civil Service Commission v. Carmella Guerrero***, **Case Number 04-15-00341-CV**

Dear Mr. Hottle:

Pursuant to TEX. R. APP. P. 6.1, please accept this notice that Robert W. Clore has been designated lead appellate counsel for Appellee, Carmella Guerrero. Mr. Orlando R. Lopez will also continue his representation of Ms. Guerrero.

Respectfully submitted,

/s/ Robert W. Clore
Robert W. Clore
State Bar No. 24012436
15481 S. Padre Island Dr., Suite 101
Corpus Christi, Texas 78418
Telephone: (361) 558-3527
Facsimile: (361) 949-0908
rclore@robclorelaw.com

AND

/s/ Orlando R. Lopez
Orlando R. Lopez
State Bar No. 24010196
LOPEZ SCOTT, L.L.C.
3707 N. St. Mary's Street, Suite 200
San Antonio, Texas 78212
Telephone: (210) 472-2100
Telecopier: (210) 472-2101
olopez@lopezscott.com

## CERTIFICATE OF SERVICE

I, Robert W. Clore, hereby certify that on the 10th day of August, 2015, a true and correct copy of the above and foregoing document was served upon the following counsel as indicated:

*Attorney for Appellant*
Clarkson F. Brown
State Bar No. 00798082
Criminal District Attorney
-Civil Division State
101 W. Nueva
San Antonio, Texas 78205
Telephone (210) 335-3918
Telecopier (210) 335-2773
Email: cbrown@bexar.org

**VIA E-FILING**

/s/Robert W. Clore
Robert Clore